# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Michelle Wilshire

Case Number: 5:23-cr-34-KDB

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1-6 | 18 U.S.C. 1343 | N/A | 0-20 years/$250,000/Max 3 years of SR |
| 7-11 | 26 U.S.C. 7206(1) | N/A | 0-3 years/$100,000/Max 1 year of SR |
| 12-13 | 18 U.S.C.1956 (a)(1)(B)(i) | N/A | 0-20 years/$500,000 or twice the value of property involved in transaction/Max 3 years of SR |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?   ☐ YES   ☐ NO
* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?   ☐ YES   ☐ NO
* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?   ☐ YES   ☐ NO
* 18 U.S.C. 924(C) ONLY

IF YES   ☐ BRANDISH

☐ DISCHARGE